UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHEDRICK J. BRUMFIELD | CIVIL ACTION NO. 16-cv-1197 |
| VERSUS | JUDGE FOOTE |
| JERRY GOODWIN, ET AL | MAGISTRATE JUDGE HORNSBY |

# O R D E R

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Defendants' **Motion for Summary Judgment (Doc. 34)** is **granted in part** by dismissing all claims against Secretary James LeBlanc, and **denied** in all other respects.

THUS DONE AND SIGNED at Shreveport, Louisiana, this the _7th_ day of March, 2018.

_____
ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE